160 A.3d 694

PENS DEVELOPMENT, LLC, 5117 TONNELLE CORP., AND PAT-
RICK MCGOWAN, PLAINTIFFS-RESPONDENTS, v. HAVANA
DULCE, LLC, ELVIS ORTEGA (A/K/A ENELIO ORTEGA), AND
OBAL CORRAL, DEFENDANTS-PETITIONERS.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003680–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

160 A.3d 694

IN THE MATTER OF REGISTRANT J.K. (J.K.-PETITIONER)

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001910–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.